HAZEN v. CONCORD RAILROAD.

A hypothetical case may be discharged without a decision.

CASE, for injuries to the plaintiff's wife. The plaintiff claims to recover for a loss of service and society, caused by injuries received by her through the negligence of the defendants. In an action brought by her against them, she has recovered damages for her injuries. The parties desired the opinion of the court on the question whether the plaintiff can recover for loss of her service, or for loss of her society.

*Wadleigh & Wallace*, for the plaintiff.

*J. W. Fellows* and *C. H. Burns*, for the defendants.

DOE, C. J. It is not deemed advisable to investigate the questions of law mooted in this hypothetical case. The plaintiff and his wife may have so exercised their equal rights as to give neither any ground of fact for a claim of loss of either service or society.

*Case discharged.*